STEPHEN E. RONK (SBN: 164333)
sronk@grsm.com
ERIKA L. SHAO (SBN: 265917)
eshao@grsm.com
SARAH E. CHRISTENSON (SBN: 291548)
schristenson@grsm.com
GORDON & REES SCULLY MANSUKHANI
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
VCA. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN RAFFELE, <br><br> Plaintiff, <br><br> v. <br><br> VCA, INC., <br><br> Defendant. | CASE NO.  8:18-cv-01727 JLS-DFM <br><br> **DECLARATION OF JAMES R. HIGH, M.D.** |

### DECLARATION OF JAMES R. HIGH, M.D.

I, James R. High, M.D., do declare:

1.  I am a medical doctor licensed to practice in the state of California.  I make this declaration on personal knowledge.  If called as a witness herein, I could and would testify competently to the matters set forth below.  I file this declaration in

support of Defendant VCA, INC.'s Motion for an Independent Mental Examination of Plaintiff DAMIAN RAFFELE.

2. I understand that the court requires my declaration as to the nature, scope and conditions of the mental examination of the proposed psychiatric examination of the Plaintiff DAMIAN RAFFELE ("Plaintiff"), which I believe would be necessary and sufficient for a thorough evaluation of Plaintiff's claimed limitations and restrictions, as well as possible misattribution of his symptoms and claimed emotional distress.

3. Based on my knowledge and training and also based on my experience in performing over 500 independent medical examinations, it is my professional opinion and also my customary standard and practice to perform a face-to-face psychiatric examination of Plaintiff when possible.

4. My psychiatric examination portion generally takes an estimated three to four hours. It involves history taking and observation of the Plaintiff for the purpose of gathering information in specific areas. These include his or her demographic details, current complaints for which they might seek care, the history of their illness including their subjective experience of the events leading to psychiatric damages. Further history is obtained concerning the development of psychiatric and physical symptoms, what treatments they have received, and the effect of those treatments on their symptoms.

5. In addition to the history of the incident and psychiatric damages at issue, I also gather important information about past psychiatric and medical illnesses and difficulties, and past behavioral difficulties. I also gather important developmental information concerning their family of origin, psychiatric and medical difficulties within that family, their educational background, their work history, and their social development history including information about marriages and children.

6. Concomitant with this examination, I am making observations and inquiries necessary for a full mental status evaluation of the patient, their moods, their thought processes, and thought content.

7. Following my examination, the information gathering is continued by standard, validated series of psychological tests. This not only provides further information about the Plaintiff's psychological damages, but also serves as a check on my subjective impressions. This test battery generally consists in three or more instruments proven to give reliable and valid information about a person's mental state and difficulties.  These are chosen from a group of tests including the Minnesota Multiphasic Personality Inventory-2-RF (MMPI-2-RF), Personality Assessment Inventory (PAI), Trauma Symptom Inventory-2 (TSI-2).

8. The estimated time for completion of this part of the examination is also approximately three to four hours.  It should be understood that these can only be estimates because the speed with which the Plaintiff is able to convey the information they need to fully explain their injurious experience and the speed with which they take the tests are primarily under their control. For instance, the range of time that Plaintiffs have needed to complete the MMPI in my experience has varied from 40 minutes to 6 hours.

9. No invasive or painful procedures will be utilized.

/ / /

/ / /

/ / /

/ / /

/ / /

10. I am available to conduct these examinations on February 10, 2020, at 611 Anton Blvd Ste 500, Costa Mesa, CA 92626, at 9:00 a.m. and have reserved this date for the Plaintiff's examination.

I declare under penalty of perjury the foregoing is true and correct. Executed this 10 day of December, 2019, at Santa Monica, California.

*[signature]*

James R. High, M.D.