JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN RAFFELE,<br><br>               Plaintiff,<br><br>   vs.<br><br>VCA, INC.,<br><br>               Defendant. | CASE NO. 8:18-cv-01727-MAA<br><br>Judge: Maria A. Audero<br>Courtroom: 690<br><br>Complaint filed: 9/24/2018<br>Trial Date: 3/30/22<br><br>**JUDGMENT AFTER TRIAL** |

     This action came on regularly for jury trial between March 30, 2022, and April 6, 2022, in Courtroom 690 of this United States District Court – Roybal Federal Building. Plaintiff was Damian Raffele ("Plaintiff"). Plaintiff was represented by Randy Rumph of the Law Office of Randy Rumph and J.P. Kemp of Kemp & Kemp. Defendant was VCA, Inc. ("Defendant" or "VCA"). VCA was represented by Stephen E. Ronk and Erika L. Shao of Gordon Rees Scully Mansukhani, LLP.

     A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and

BEPL/1130663/66214842v.1

-1-
[PROPOSED] JUDGMENT AFTER TRIAL

the cause submitted to the jury. The jury deliberated and thereafter returned a special verdict as follows:

**I.     BASELINE QUESTIONS**

    1.     Did Damian Raffele have a condition that limited a major life activity of working, standing, or walking?

        __X_  Yes *(Please go to Question 2.)*

        _____  No.  The jury finds that VCA, Inc. has no liability in this case.  *(Do not answer any more questions and please have the presiding juror sign and date this form.)*

    2.     Did VCA, Inc. know that Damian Raffele had a condition that limited a major life activity of working, standing, or walking?

        __X_  Yes *(Please go to Question 3.)*

        _____  No.  The jury finds that VCA, Inc. has no liability in this case.  *(Do not answer any more questions and please have the presiding juror sign and date this form.)*

    3.     Was Damian Raffele able to perform the essential job duties with reasonable accommodation for his condition?

        __X_  Yes *(Please go to Question 4.)*

        _____  No.  The jury finds that VCA, Inc. has no liability in this case.  *(Do not answer any more questions and please have the presiding juror sign and date this form.)*

**II.    FAILURE TO ACCOMMODATE CLAIM**

    4.     Did VCA, Inc. fail to provide reasonable accommodation for Damian Raffele's condition?

        _____  Yes *(Please go to Question 5.)*

        __X__  No.  The jury finds that VCA, Inc. did <u>not</u> fail to accommodate Damian Raffele.  *(Please skip to Question 5 and go to Question 6.)*

### III. DISCRIMINATION CLAIM

6. Did VCA, Inc. discharge Damian Raffele?

\_\_\_\_\_ Yes *(Please go to Question 7.)*

__X__ No.  The jury finds that VCA, Inc. did <u>not</u> discriminate against Damian Raffele.  *(Please go to Question 9 if you answered YES to Question 5; otherwise, do not answer any more questions and please have the presiding juror sign and date this form.)*

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. On the claim of California Fair Employment and Housing Act failure to accommodate:  Judgment is entered in favor of Defendant VCA, Inc., and Plaintiff Damian Raffele shall take nothing on this claim by his Complaint.

2. On the claim of California Fair Employment and Housing Act disability discrimination:  Judgment is entered in favor of Defendant VCA, Inc., and Plaintiff Damian Raffele shall take nothing on this claim by his Complaint.

3. Defendant VCA, Inc. is awarded its costs as provided by law.

Dated: April 15, 2022 _____
MARIA A. AUDERO
United States Magistrate Judge

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071. On April 11, 2022, I served the within documents: |
| 3 | |
| 4 | |
| 5 | **[PROPOSED] JUDGMENT AFTER TRIAL** |
| 6 | ☒ by transmitting via e-mail the document(s) listed above to the e-mail set forth below via email and through the ECF website |
| 7 | ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 8 | |
| 9 | ☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP described below, addressed as follows: |
| 10 | |
| 11 | |
| 12 | ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below. |
| 13 | |
| 14 | Randy Rumph, Esq.<br>218 "H" Street<br>Bakersfield, CA 93304<br>Tel: 661-322-4600<br>Fax: 661-322-8478<br>Email: rmrlaw10@sbcglobal.net<br>***Attorneys for Plaintiff***<br>***Damian Raffele*** |
| 15 | |
| 16 | |
| 17 | |
| 18 | James P. Kemp<br>KEMP & KEMP<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, NV 89130<br>Tel: 702-258-1183<br>Fax: 702-258-6983<br>Email: jp@kemp-attorneys.com<br>***Attorneys for Plaintiff***<br>***Damian Raffele*** |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made. |
| 24 | |
| 25 | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Executed on April 11, 2022, at Los Angeles, California. |
| 2 | |
| 3 | *Diane Gonzales* |
| 4 | _____ |
| 5 | Diane Gonzales |